UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jay L. Sellers,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>City of Davis Police<br>Department, et al.<br><br>　　　　　Defendants. | No. 07-2368 LEW (GGH)<br><br>ORDER DENYING PLAINTIFF'S<br>MOTION TO VACATE |

　　On March 25, 2008, Plaintiff filed a Motion to Vacate the Judgment entered by the Court on March 3, 2008.  The Court hereby takes the matter under submission without opposition.

　　Federal Rule of Civil Procedure 60(b) permits relief from a final judgment or order for the following reasons:  "(1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence which by due diligence could not have been discovered in time

1  to move for a new trial under Rule 59(b); (3) fraud . .
2  ., misrepresentation, or other misconduct of an adverse
3  party; (4) the judgment is void; . . . or (6) any other
4  reason justifying relief from the operation of the
5  judgment." Fed. R. Civ. P. 60(b).

7  Plaintiff provides no new evidence or argument
8  which would alter this Court's decision to adopt the
9  report and recommendation of the magistrate judge. The
10 Court, having reviewed Plaintiff's motion and the
11 applicable legal standards hereby **DENIES** Plaintiff's
12 motion.

14 **IT IS SO ORDERED.**

/ s /

---

**HONORABLE RONALD S.W. LEW**

Senior, U.S. District Court Judge

21 DATE: October 1, 2008